1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7              FOR THE EASTERN DISTRICT OF CALIFORNIA

8

CLIFTON PERRY                          )    Case No. 1:11-cv-01367 AWI
9                                       )
                    Petitioner,         )    DEATH PENALTY CASE
10                                      )
       v.                               )    ORDER GRANTING APPLICATION FOR
11                                      )    APPOINTMENT OF COUNSEL AND
MICHAEL MARTEL, as Acting Warden of )        APPLICATION TO PROCEED *IN FORMA*
12   California State Prison at San Quentin, )  *PAUPERIS*; DENYING WITHOUT PREJUDICE
                                        )    REQUEST FOR STAY OF EXECUTION
13                  Respondent.         )
                                        )
14   _____  )

15          On August 16, 2011, Petitioner Clifton Perry ("Perry") a state prisoner facing capital punishment,

16   commenced this action pursuant to 28 U.S.C. § 2254 by filing an application for appointment of counsel and

17   request for a stay of execution.  In Perry's declaration, appended to this application, he includes a statement

18   of his indigence, a Certificate of Funds over the signature of a prison official, and a certified Inmate Statement

19   Report from the prison stating the amount on deposit in his prison account.  A separate application for Perry

20   to proceed *in forma pauperis* also was filed on August 16, 2011 and corrected on August 17, 2011, over the

21   signature of Assistant Federal Defender Joseph Schlesinger.  The *forma pauperis* application is supported by

22   Perry's declaration appended to the request for stay and appointment of counsel.

23   **I.      Request for Appointment of Counsel**

24          Section 3599(a)(2) of Title 18 of the United States Code provides for the appointment of one of more

25   attorneys to represent an indigent person proceeding under 28 U.S.C. § 2254 to vacate a death sentence.  Rule

26   191(c) of the Local Rules of the United States District Court for the Eastern District of California also

27   provides for the appointment of counsel for indigent capital habeas petitioners.  Under this rule, selection of

28   counsel is made from a panel of attorneys qualified for appointment in death penalty cases and certified by

1    a selection board appointed by the Chief Judge.  Based on the Perry's submissions, he is entitled to

2    appointment of counsel under 18 U.S.C. § 3599(a)(2).

3    **II.      Application for Leave to Proceed in Forma Pauperis**

4          Rule 3(a) of the Rules Governing § 2254 Cases in the United States District Courts provides that a

5    petitioner seeking *in forma pauperis* status shall file an affidavit of assets as required by 28 U.S.C. § 1915.

6    Rule 3(a) also requires a certificate from the prison stating the amount on deposit in the petitioner's accounts.

7    Perry's declaration, Certificate of Funds over the signature of a prison official,  and certified Inmate Statement

8    Report appended to his request for a stay of execution and appointment of counsel satisfy these requirements.

9    **III.     Request for Stay of Execution**

10         Local Rule 191(g)(1) provides that when an indigent, condemned habeas petitioner submits an

11   application for appointment of counsel and a temporary stay of execution, the Court may issue a temporary

12   stay of execution for a period of 90 days, while counsel is located.  Perry has presented no facts or

13   circumstances to warrant the exercise of discretion to issue a temporary stay of execution in this case.

14         Good cause appearing therefor,

15         1.      Perry's application for appointment of counsel is granted.  The matter is referred to the

16   Selection Board for the Eastern District of California to certify an attorney or attorneys qualified and available

17   to represent Danks before this Court.

18         2.      Perry's application to proceed *in forma pauperis* is granted.

19         3..     Perry's application for a temporary stay of execution is denied without prejudice.

20   IT IS SO ORDERED

21

22   Dated:    August 18, 2011

                                                     /s/ Anthony W. Ishii
23                                                  Anthony W. Ishii
                                               United States District Judge

24

25

26

27

28