1
2
3
4
5
6

**UNITED STATES DISTRICT COURT**

7

**EASTERN DISTRICT OF CALIFORNIA**

8
9
10
11

CLIFTON PERRY,

)  Case No.: 1:11-cv-01367 AWI

12

Petitioner,

)
)  ORDER  MODIFYING JULY 18, 2013 ORDER
)  GRANTING ABEYANCE AND DIRECTING

13

v.

)  PETITIONER'S COUNSEL TO FILE
)  QUARTERLY STATUS REPORTS

14

KEVIN CHAPPELL, Warden of California
State Prison at San Quentin,

)
)
)

15
16

Respondent.

)
)
)

17

18      On July 19, 2013 Petitioner Clifton Perry ("Perry") requested modification of the Court's order

19  holding federal proceedings in abeyance with respect to the completion of his state exhaustion

20  petition.  In that July 19, 2013 order, the Court set a due date falling on September 3, 2013. Perry

21  requests a 30-day enlargement of time for that due date up to and including October 3, 2013.

22      For good case shown, the motion to modify the abeyance order is granted.  Perry is directed to file

23  his exhaustion petition with the California Supreme Court by October 3, 2013.  The first status report

24  shall be due December 1, 2013 and filed quarterly thereafter.

25      IT IS SO ORDERED.

26  Dated: July 23, 2013

27                                             /s/ Anthony W. Ishii
                                                 Anthony W. Ishii

28                                          United States District Judge

OModOGrantAbeyance-Per