UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFTON PERRY,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>KEVIN CHAPPELL, Warden of California State Prison at San Quentin,<br><br>　　　　　Respondent. | Case No.: 1:11-cv-01367 AWI<br><br>ORDER MODIFYING JULY 18, 2013 ORDER GRANTING ABEYANCE AND DIRECTING PETITIONER'S COUNSEL TO FILE QUARTERLY STATUS REPORTS |

On July 19, 2013 Petitioner Clifton Perry ("Perry") requested modification of the Court's order holding federal proceedings in abeyance with respect to the completion of his state exhaustion petition. In that July 19, 2013 order, the Court set a due date falling on September 3, 2013. Perry requests a 30-day enlargement of time for that due date up to and including October 3, 2013.

For good case shown, the motion to modify the abeyance order is granted. Perry is directed to file his exhaustion petition with the California Supreme Court by October 3, 2013. The first status report shall be due December 1, 2013 and filed quarterly thereafter.

IT IS SO ORDERED.

Dated: <u>July 23, 2013</u>

　　　　　　　　　　　　　　　　　　　<u>/s/ Anthony W. Ishii</u>
　　　　　　　　　　　　　　　　　　　Anthony W. Ishii
　　　　　　　　　　　　　　　　　　　United States District Judge

OModOGrantAbeyance-Per