# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFTON PERRY,<br><br>              Petitioner,<br><br>    v.<br><br>KEVIN CHAPPELL, as Warden of San Quentin State Prison,<br><br>              Respondent. | Case No.  1:11-cv-01367-AWI-SAB<br><br>ORDER DIRECTING PETITIONER TO FILE QUARTERLY STATUS REPORTS REGARDING STATE EXHAUSTION PROCEEDINGS<br><br>ECF NO. 64 |

On October 18, 2013, Petitioner was directed to file quarterly status reports advising the Court of developments in his state exhaustion case, with the first to be filed December 1, 2013. (ECF No. 64.)  The only status report Petitioner has filed was on November 23, 2013. (ECF No. 67.)

The Court now directs Petitioner's CJA attorneys D. Jay Ritt and Verna Wefald to comply with the Court's October 18, 2013 order and file Petitioner's quarterly status reports, December 1, March 1, June 1, and September 1 of each year.  Since the June 1, 2014 due date has passed, counsel are directed to file Petitioner's second status report no later than July 22, 2014, and then beginning again on December 1, 2014.

IT IS SO ORDERED.

Dated:  **July 9, 2014**

UNITED STATES MAGISTRATE JUDGE

1