**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CLIFTON PERRY, | Case No. 1:11-cv-01367 KES |
| Petitioner, | ORDER DIRECTING PETITIONER'S COUNSEL TO FILE STATUS REPORT WITHIN 30 DAYS |
| v. | |
| KEVIN CHAPPELL, Warden of San Quentin State Prison | |
| Respondent. | |

Petitioner Clifton Perry proceeds with a petition for writ of habeas corpus under 28 U.S.C. § 2254. *See* Doc. 40. The Court determined the petition contained unexhausted claims and stayed this matter pursuant to *Rhines v. Weber*, 544 U.S. 269 (2005), holding it in abeyance for state exhaustion proceedings. Doc. 58. The Court ordered Petitioner's counsel to file quarterly status reports regarding the state proceedings. *Id.* at 3-4. Petitioner filed his exhaustion petition on November 5, 2013. Doc. 67 at 2.

On July 9, 2014, the Court reaffirmed its prior order, directing Petitioner's counsel to file quarterly status reports regarding the state exhaustion proceedings. Doc. 69 at 1. The Court specified that counsel shall "file Petitioner's quarterly status reports, December 1, March 1, June 1, and September 1 of each year." Doc. 69 at 1. Despite this order, the Court last received a status update from Petitioner's counsel on April 22, 2024. At that time, counsel reported there was "no activity in the state exhaustion petition pending in the Kings County Superior Court after

1

it was transferred by the California Supreme Court pursuant to Proposition 66." Doc. 111 at 1-2. The Court lacks any current information regarding the status of the state proceedings, or whether it is appropriate to lift the stay in this action and proceed to the merits of the pending petition.

The Court **ORDERS**: Petitioner **SHALL** file a status report regarding the state exhaustion petition **within thirty (30) days** of service of this order.

IT IS SO ORDERED.

Dated:    April 7, 2026    

_____
UNITED STATES DISTRICT JUDGE

2